LESTER J. MARSTON
California State Bar No. 081030
LAW OFFICES OF RAPPORT AND MARSTON
ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Plaintiff Buena Vista Rancheria of Me-Wuk Indians*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA RANCHERIA OF ME-WUK INDIANS,<br><br>                              Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,<br><br>                              Defendants. | Case No. 2:23-cv-01790-ADA-SKO<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SCHEDULING MANDATORY SETTLEMENT CONFERENCE**<br><br>DATE: November 6, 2023<br>TIME:  1:30 p.m.<br>LOCATION: Courtroom 1, 8th Floor<br>JUDGE: The Honorable Ana de Alba |

**TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on Monday November 6, 2023, at 1:30 p.m., before the Honorable Ana de Alba, District Court Judge in Courtroom 2, located at 8th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, the Plaintiff, Buena Vista Rancheria of Me-Wuk Indians, ("Tribe"), by and through its undersigned counsel, will and hereby does move the Court, pursuant to Rule 16(c)(1) of the Federal Rules of Civil Procedure and Local Rule 270 of the United States District Courts for the Eastern District of California, for an order directing the parties to attend a mandatory settlement conference before the Honorable Magistrate Judge Shelia K. Oberto.

This motion is made on the following grounds:

1.      In this case, the Tribe seeks an order from the Court: (1) declaring that certain provisions of the Tribe's 2016 Tribal-State class III gaming compact ("2016 Compact" or "Compact") are invalid and unenforceable as a result of the United States Court of Appeals for the Ninth Circuit's decision in *Chicken Ranch Rancheria of Me-Wuk Indians v. California*, 42 F.4th 1024 (9th Cir. 2022) ("*Chicken Ranch*"); (2) declaring that certain provisions of the 2016 Compact that violate the Indian Gaming Regulatory Act, 25 U.S.C. §§ 2701 *et seq.* ("IGRA"), are not in effect because the 2016 Compact was not affirmatively approved by the Secretary of the Interior—rather, the 2016 Compact was "considered to have been approved by the Secretary, but only to the extent the Compact is consistent with the provisions of [the IGRA]," 25 U.S.C. § 2710(d)(8)(C); (3) severing from the 2016 Compact the provisions that were invalidated by *Chicken Ranch* and which violate the IGRA; (4) declaring that the Governor and the State breached Section 13 of the Compact by failing to negotiate with the Tribe in good faith to determine which provisions in the Compact were invalidated by *Chicken Ranch,* and (5) directing the State to provide the Tribe with an accounting of the actual costs incurred by the State in regulating the Tribe's gaming under the 2016 Compact from the effective date of the Compact to the present.

2.      Prior to the filing of this lawsuit, the parties engaged in extensive settlement negotiations seeking to determine which provisions of the Compact were implicated  by the *Chicken Ranch* decision;

3.      During those negotiations, the parties agreed that sections 2.12, 2.18, 2.22, 2.24, 4.5(a)(2), 5.3(a),11.0, 12.5, and 12.6(c) of the Compact were implicated by *Chicken Ranch* and that the parties could engage in negotiations, pursuant to section 13.0 of the "Dispute Resolution" provisions of the Compact, to determine what, if any, the effect of the *Chicken Ranch* decision had on those provisions;

PLAINTIFF'S NOTICE OF MOTION
[Case No. 2:23-cv-01790-ADA-SKO]

4. The parties could not reach agreement on whether any pre-conditions had to be met to the satisfaction of the State before the State was obligated to negotiate over the impact of the *Chicken Ranch* decision on any other provisions of the Compact; and

5. There is a strong likelihood, based upon the parties' prior negotiations, that with the assistance of a settlement judge and the participation of the parties at a mandatory settlement conference, the parties could settle this case in its entirety or in the alternative settle some of the issues raised in the case, thereby narrowing the issues that the Court would have to resolve.

This motion is based on this notice of motion and motion, the supporting memorandum of points and authorities filed concurrently herewith, the declaration of Lester J. Marston filed in support of this motion, all the pleadings, and papers already on file in this case, and such other and further oral and documentary evidence as may be presented to the Court at a hearing on this matter.

Pursuant to Paragraph 1(d) of the Court's Standing Order, undersigned counsel for the plaintiff called Deputy Attorney General in the California Attorney General's office, Noel Fischer ("Mr. Fischer"), counsel for the defendants, in an attempt to resolve the above motion without the necessity of a court hearing. Undersigned counsel made an offer to Mr. Fischer to settle the motion. Mr. Fischer, unfortunately, advised undersigned counsel that he was not authorized to respond to the offer, but would discuss it with his clients and get back to me. Undersigned counsel then advised Mr. Fischer that he was going to go ahead and file the motion but was willing to have future discussions to attempt to resolve the motion without the necessity of a court hearing.

DATED: September 25, 2023

/s/ *Lester J. Marston*

LESTER J. MARSTON
California State Bar No. 081030
LAW OFFICES OF RAPPORT AND MARSTON

ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net
*Attorney for Plaintiff*
*Buena Vista Rancheria of*
*Me-Wuk Indians*

4

## CERTIFICATE OF SERVICE

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the above-entitled action; my business address is that of the Law Offices of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SCHEDULING MANDATORY SETTLEMENT CONFERENCE**

with the Clerk of the United States District Court for the Eastern District of California by using the CM/ECF system on September 26, 2023, which generated and transmitted a notice of electronic filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on September 26, 2023, at Ukiah, California.

*/s/ Ericka Duncan*
Ericka Duncan