ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
NOEL FISCHER, State Bar No. 232553
ERICA BECKER, State Bar No. 348211
JOHN M. APPELBAUM, State Bar No. 149643
Deputy Attorneys General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 218-5652
   Fax: (916) 327-2319
   E-mail: John.Appelbaum@doj.ca.gov
*Attorneys for Defendants*
*Governor Gavin Newsom and State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BUENA VISTA RANCHERIA OF ME-WUK INDIANS,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,**<br><br>Defendants. | 2:23-cv-01790-ADA-SKO<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' THIRD AND FOURTH CAUSES OF ACTION AND RELATED CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF COUNSEL IN SUPPORT THEREOF**<br><br>Date: January 22, 2024<br>Time: 1:30 p.m.<br>Courtroom: Courtroom 1, 8th Floor<br>Judge: The Honorable Ana de Alba<br>Trial Date: None Set<br>Action Filed: August 22, 2023 |

**PLEASE TAKE NOTICE** that on January 22, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Ana de Alba in Courtroom 1 of the United States Courthouse for the Eastern District of California, 2500 Tulare St., Fresno, California, Defendants Gavin Newsom, in his official capacity as Governor of the State of California, and the State of California (collectively, State Defendants) will and hereby do move the Court to dismiss Plaintiff Buena Vista Rancheria of Me-Wuk Indians' (Buena Vista or Tribe) third and fourth causes of action and to strike related claims in paragraphs 59 and 61 of the first cause of action of the Complaint for Declaratory and Injunctive Relief pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

1. That Plaintiff's third cause of action has not alleged facts sufficient to state a claim against State Defendants because well-established Ninth Circuit precedent has upheld payments into the State Distribution Fund (SDF), the funding of which is allocated to compensate the State for its regulatory costs pursuant to 25 U.S.C. § 2710(d)(3), as being an appropriate topic under the Indian Gaming Regulatory Act (IGRA), 25 U.S.C. §§ 2701-2721, 18 U.S.C. §§ 1166-1167, for negotiation. Further, under principles of contract law, Plaintiff is bound by terms of the 2016 tribal-state class III gaming compact between Buena Vista and the State (2016 Compact) stipulating that the Tribe's contribution to the SDF is "fair and reasonable."

2. The Plaintiff's fourth cause of action has not alleged facts sufficient to state a claim against State Defendants for a failure to negotiate in good faith because Plaintiff cannot establish that the State failed to comply with the dispute resolution process in the 2016 Compact and Plaintiff's own actions precipitated the cessation of the negotiations resulting in the failure to reach an ultimate agreement.

State Defendants' Motion to Dismiss is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Declaration of Counsel's compliance with the Court's Standing Order, the file and all pleadings in this matter, any oral

argument, any matters upon which judicial notice may be taken, and any and all other matters this court deems just and necessary.

Dated:  November 6, 2023                         Respectfully submitted,

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
NOEL FISCHER
Deputy Attorney General
ERICA BECKER
Deputy Attorney General

*/s/ John M. Appelbaum*

JOHN M. APPELBAUM
Deputy Attorney General
*Attorneys for Defendants*
*Governor Gavin Newsom and State of California*

# CERTIFICATE OF SERVICE

Case Name:  **Buena Vista Rancheria v. Gavin Newsom, et al.**   No.   **2:23-cv-01790-ADA-SKO**

I hereby certify that on November 6, 2023, I caused to be electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' THIRD AND FOURTH CAUSES OF ACTION AND RELATED CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF COUNSEL IN SUPPORT THEREOF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 6, 2023, at Sacramento, California.

| Linda Thorpe | */s/ Linda Thorpe* |
|---|---|
| Declarant | Signature |