1  ROB BONTA
   Attorney General of California
2  T. MICHELLE LAIRD
   Acting Senior Assistant Attorney General
3  NOEL A. FISCHER, State Bar No. 232553
   Deputy Attorney General
4  ERICA BECKER, State Bar No. 348211
   Deputy Attorney General
5  JOHN M. APPELBAUM, State Bar No. 149643
   Deputy Attorney General
6  1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone:  (916) 218-5652
8  Fax:  (916) 327-2319
   E-mail:  john.appelbaum@doj.ca.gov
9  *Attorneys for Defendants*

10 LESTER J. MARSTON, State Bar No. 081030
   RAPPORT AND MARSTON
11 405 West Perkins Street
   Ukiah, CA 95482
12 Telephone: (707) 462-6846
   Fax: (707) 462-4235
13 E-mail: ljmarston@rmlawoffice.net
14 *Attorney for Plaintiff Buena Vista Rancheria of Me-Wuk Indians*
15

16            IN THE UNITED STATES DISTRICT COURT

17            FOR THE EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| **BUENA VISTA RANCHERIA OF ME-WUK INDIANS,** <br><br> Plaintiff, <br><br> v. <br><br> **GAVIN NEWSOM, Governor of California, and STATE OF CALIFORNIA,** <br><br> Defendants. | 2:23-cv-01790-ADA-SKO <br><br> **STIPULATION OF THE PARTIES REGARDING DATES TO FILE OPPOSITION AND REPLY BRIEFS, AND FOR STATUS CONFERENCE AND SCHEDULING REPORT, AND ORDER THEREON** <br><br> Courtroom: 1 <br> Judge: The Honorable Ana de Alba <br> Trial Date: Not Yet Set <br> Action Filed: August 22, 2023 |

The parties, through their undersigned legal counsel, hereby stipulate as follows:

1

1.      Plaintiff Buena Vista Rancheria of Me-Wuk Indians (Plaintiff) served, and defendants Gavin Newsom in his official capacity as Governor of the State of California and the State of California (Defendants) accepted service of, the summons, complaint, civil case cover sheet, Order Setting Status (Pretrial Scheduling) Conference, Notice of Availability of Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Notice of Availability of Voluntary Dispute Resolution, Notice of Related Cases, Notice of Errata to Complaint, Exhibit B to the Complaint, and Order Reassigning Cases for All Purposes, in this case on September 25, 2023.

2.      On October 2, 2023, consistent with the parties' stipulation, this Court granted and ordered that Defendants file their answer or other responsive pleading to the summons and complaint on or before November 6, 2023.  ECF No. 12.

3.      On November 6, 2023, Plaintiff filed and served on Defendants a Notice of Motion and Motion for Partial Summary Judgment and Declaration of Lester J. Marston Regarding Compliance with Standing Order, Memorandum of Points and Authorities in Support of Plaintiff Buena Vista Rancheria's Motion for Partial Summary Judgment, Declaration of Wayne Smith, Statement of Undisputed Facts, Request for Judicial Notice, and Proposed Findings of Fact on November 6, 2023.  ECF No. 13.

4.      Also on November 6, 2023, Defendants filed and served on Plaintiff a Notice of Motion and Motion to Dismiss and Motion to Strike Plaintiff's Third and Fourth Causes of Action and Related Claims, Memorandum of Points and Authorities in Support of Thereof, and Declaration of Counsel in Support Thereof.  ECF No. 14.

5.      Plaintiff and Defendants' oppositions to the respective motions are currently due on November 20, 2023.  Plaintiff and Defendants' respective replies are currently due on November 30, 2023.

6.      Given the complexity of this litigation, the upcoming Thanksgiving holidays, and the Court's busy docket, the parties agree that the filing date for each party's opposition brief is extended to on or before Monday, December 4, 2023.  The parties further agree that the filing date for each party's reply brief is extended ten days, to on or before Thursday, December 14, 2023.

2

Stipulation of the Parties re Dates to File Opposition and Reply Briefs,
and for Status Conference and Scheduling Report, and Order Thereon  (2:23-cv-01790-ADA-SKO)

7. The parties believe that their respective motions will substantially narrow the issues to be litigated in this matter thereby impacting the issues to be addressed in any required scheduling report, including the scope of any remaining litigation. In order to produce a more meaningful scheduling report and to conserve judicial resources, the parties agree to extend the current Scheduling Conference date from December 5, 2023 (ECF No. 12) to January 23, 2024, or as soon thereafter as the Court may accommodate. The parties' scheduling report will therefore be due January 16, 2024. Plaintiff will provide Defendants a draft scheduling report by December 29, 2023, Defendants will provide their written review of the report to Plaintiff by January 8, 2024, and the parties will meet and confer on the report no later than January 12, 2024. The report will be filed with the Court on January 16, 2024.

8. Plaintiff and Defendants request the Court to enter an order approving this stipulation and ordering the parties to carry out the terms of this stipulation.

Dated:  November 14, 2023              Respectfully submitted,

                                                      ROB BONTA
                                                      Attorney General of California
                                                      T. MICHELLE LAIRD
                                                      Acting Senior Assistant Attorney General
                                                      NOEL A. FISCHER
                                                      Deputy Attorney General
                                                      ERICA BECKER
                                                      Deputy Attorney General

                                                         /s/ John M. Appelbaum

                                                      JOHN M. APPELBAUM
                                                     Deputy Attorney General
                                                     *Attorneys for Defendants*

Dated:  November 14, 2023              Respectfully Submitted,
                                                     RAPPORT AND MARSTON

                                                        */s/ Lester J. Marston (as authorized*
                                                            *on 11/14/23)*

                                                     LESTER J. MARSTON
                                                     *Attorney for Plaintiff*

3

Stipulation of the Parties re Dates to File Opposition and Reply Briefs,
and for Status Conference and Scheduling Report, and Order Thereon  (2:23-cv-01790-ADA-SKO)

# ORDER

Having considered the foregoing stipulation of the parties regarding their respective motions, Plaintiff Buena Vista Rancheria of Me-Wuk Indians' motion for partial summary judgment (Doc. 13), and Defendants' motion to dismiss (Doc. 14), and the corresponding request to continue the scheduling conference deadlines, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the above stipulation of the parties is hereby approved as follows:

1. The parties shall file their respective oppositions to the opposing party's motion for partial summary judgment and motion to dismiss on or before December 4, 2023, and the parties may file any reply briefs ten days thereafter, on or before December 14, 2023; and

2. The current Scheduling Conference scheduled for December 5, 2023, is VACATED and rescheduled to January 25, 2024, at 10:15 a.m. The parties' Joint Scheduling Report shall be filed seven (7) days before the Scheduling Conference.  The parties will comply with their stipulated process for timely filing their scheduling report.

IT IS SO ORDERED.

Dated:   **November 15, 2023**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

4

Stipulation of the Parties re Dates to File Opposition and Reply Briefs,
and for Status Conference and Scheduling Report, and Order Thereon  (2:23-cv-01790-ADA-SKO)